**SCHEDULE A TO COMPLAINT**

| Shipment | Carrier / Defendant(s) | Cargo Interest / Defendant(s) | NVOCC / Plaintiff(s) | Bill of Lading Nos.: | Container Nos.: | Cargo | Port of Loading | Loading Date | Place of Delivery | Claimed Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| (A) | Shipco Transport Inc., Ocean Network Express Pte. Ltd. (ONE), Ocean Network Express (North America) Inc. | SOLARAY, LLC, DONGGUAN GRAND FLY DISPLAY LTD | UPS Asia Group Pte. Ltd., UPS Ocean Freight Services, Inc., UPS SCS (China) Ltd | ONEHKGAM6983300 / Shipco 8113539 / UPS 7801006202 | ONEU0271668 | cardboard display | Yantian, China | 19-Nov-20 | Long Beach, CA | To Be Determined |
| (B) | Shipco Transport Inc., Ocean Network Express Pte. Ltd. (ONE), Ocean Network Express (North America) Inc. | THE HANOVER INSURANCE COMPANY as subrogating insurer of PROGRESSIVE DYNAMICS, INC. | UPS Asia Group Pte. Ltd., UPS SCS Services (Thailand) Limited, UPS Ocean Freight Services, Inc. | ONEYBKKAL7982600 / Shipco 81111408 / UPS 7801008182 | KKFU7441541 | fixed resistors | Laem Chabang, Thailand | 10-Nov-20 | Los Angeles, CA | $53,335.00 |
| (C) | Shipco Transport Inc., Ocean Network Express Pte. Ltd. (ONE), Ocean Network Express (North America) Inc. | TYCO ELECTRONICS MEXICO S DE RL DE CV, TE CONNECTIVITY MANUFACTURING (THAILAND) COMPANY LIMITED | UPS Asia Group Pte. Ltd., UPS SCS Services (Thailand) Limited, UPS Ocean Freight Services, Inc. | ONEYBKKAL7982600 / Shipco 81112342 / 7801048640 | KKFU7441541 | plug assembly, receptacle contact, housing | Laem Chabang, Thailand | 10-Nov-20 | Los Angeles, CA | To Be Determined |
| (D) | Shipco Transport Inc., Ocean Network Express Pte. Ltd. (ONE), Ocean Network Express (North America) Inc. | ZOLL MEDICAL CORPORATION, KIMBALL ELECTRONICS (THAILAND) LTD. | UPS Asia Group Pte. Ltd., UPS SCS Services (Thailand) Limited, UPS Ocean Freight Services, Inc. | ONEBKKAL7982600 / Shipco 81106660 / 7800971651 | KKFU7441541 | electronics | Laem Chabang, Thailand | 10-Nov-20 | Los Angeles, CA | To Be Determined |
| (E) | Shipco Transport Inc., Ocean Network Express Pte. Ltd. (ONE), Ocean Network Express (North America) Inc. | RANDA LOGISTICS, HAGGAR TRIBAL INC, EVERBEST GLOBAL LIMITED | UPS Asia Group Pte. Ltd., UPS SCS (Asia) Ltd, UPS Ocean Freight Services, Inc. | ONEYHKGAM0726600 / Shipco 20590172 / 696103913T | KKFU6742392 | clothing | Hong Kong, China | 17-Nov-20 | San Francisco, CA | $35,888.00 |